1539

Rule

Filed 2/17/17
Clerk, U. S. District Court
Western District of Texas
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

EP-17-M-739-MAT(1)(2)

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Criminal No. 16-184 |
| JAMES NELSON<br>BRITNY BEAVER | (21 U.S.C. § 846)<br>[UNDER SEAL] |

# INDICTMENT

## COUNT 1

The grand jury charges:

From in and around January 2015, and continuing thereafter to in and around February 2016, in the Western District of Pennsylvania and elsewhere, the defendants, JAMES NELSON, BRITNY BEAVER, did knowingly, intentionally and unlawfully conspire with one another and with persons both known and unknown to the grand jury, to possess with intent to distribute and distribute a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, contrary to the provisions of Title 21, United States Code, Section 841(a)(1).

Further, the grand jury finds that each of the following defendants are individually responsible for the amounts set forth below, as a result of his/her own conduct and the conduct of other conspirators that was reasonably foreseeable to him/her:

| JAMES NELSON | one kilogram or more | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(i) |
|---|---|---|
| BRITNY BEAVER | one kilogram or more | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(i) |

All in violation of Title 21, United States Code, Section 846.



FILED

AUG 3 0 2016

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## FORFEITURE ALLEGATIONS

1.  The grand jury realleges and incorporates by reference the allegations contained in Count One of this Indictment for the purpose of alleging criminal forfeitures pursuant to Title 21, United States Code, Sections 853(a)(1), 853(a)(2) and 853(p).

2.  Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 846, the defendants, JAMES NELSON, BRITNY BEAVER,                           , shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense. The property to be forfeited includes, but is not limited to, the following: $221.00 in United States currency; one Heritage Rough Rider .22 caliber revolver, serial number 172524; one Highpoint Model 4095 .40 caliber rifle, serial number H32769; one Taurus Raging Bull .44 magnum caliber pistol, serial number S1764382; and ammunition of various calibers recovered from 1304 Main St., Aliquippa, PA, on or about February 28, 2016.

3.  If, through any act or omission by the defendants, JAMES NELSON, BRITNY BEAVER,                           , any or all of the property described in paragraph 2 above (hereinafter the "Subject Properties")

    a.    Cannot be located upon the exercise of due diligence;

    b.    Has been transferred, sold to, or deposited with a third person;

    c.    Has been placed beyond the jurisdiction of the Court;

    d.    Has been substantially diminished in value; or

   e. Has been commingled with other property which cannot be subdivided without difficulty,

the United States intends to seek forfeiture of any other property of the defendants up to the value of the Subject Properties forfeitable above pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c).

                 A True Bill,

                 */s/ Linda Branch*
                 Foreperson

*/s/*
DAVID J. HICKTON
United States Attorney
PA ID No. 34524

3

AO 442 (Rev. 1/16) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

| United States of America | ) |
|---|---|
| v. | ) |
| JAMES NELSON | ) Case No. 2:16-cr-184 |
| | ) |
| | ) |
| | ) |
| _Defendant_ | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_  James Nelson                                                                                           ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1 Conspiracy to Possess with Intent to Distribute and Distribute Heroin in violation of Title 21 of U.S.C. Section 846

Joseph V. Ventresca
Name of Issuing Officer

_Joseph V. Ventresca_
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

08/31/2016        Pittsburgh
Date and Location

Bail fixed at $ _____    by _____
                                                        _Name of Judicial Officer_

### Return

| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ |
|---|
| at _(city and state)_ _____ . |
| Date: _____                                  _Arresting officer's signature_ |
| _____                                        _Printed name and title_ |

AO 442 (Rev. 1/16) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

United States of America
v.
BRITNY BEAVER

)
)
)  Case No.  2:16-cr-184
)
)
)
)

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Britny Beaver                                                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Count 1 Conspiracy to Possess with Intent to Distribute and Distribute Heroin in violation of Title 21 of U.S.C. Section 846

Joseph V. Ventresca
Name of Issuing Officer

*Joseph V. Ventresca*
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

08/31/2016          Pittsburgh
Date and Location

Bail fixed at $ _____                          by _____
                                                                                                                        *Name of Judicial Officer*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____                                                        _____
                                                                                                *Arresting officer's signature*

                                                                                                _____
                                                                                                *Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

JAMES NELSON
BRITNY BEAVER

Criminal No. 16-184

ORDER

AND NOW, to wit, this 29th day of September, 2016, upon consideration of the Motion to Unseal indictment and Arrest Warrants, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the indictment returned in this case and the Arrest Warrants issued pursuant to said indictment are hereby UNSEALED.

UNITED STATES MAGISTRATE JUDGE

cc:   United States Attorney