IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
2017 FEB 17  AM 10: 29
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | |
| Plaintiff, § | No. EP-17-MJ-739-MAT-(1)(2) |
| § | **(WESTERN DISTRICT OF PENNSYLVANIA** |
| v. § | **Case No. 2:16-cr-184)** |
| § | |
| **BRITNY BEAVER and** § | |
| **JAMES NELSON,** § | |
| § | |
| Defendants. § | |

## GOVERNMENT'S MOTION TO DETAIN DEFENDANTS WITHOUT BOND AND MOTION FOR CONTINUANCE

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and pursuant to 18 U.S.C. § 3142(e) and (f), files this, its Motion to Detain Defendants Without Bond and Motion for Continuance, and for cause, would respectfully show unto the Court the following:

1. The Defendants have been charged by indictment for a violation of the Controlled Substances Act which carries a term of imprisonment of over ten (10) years in Case No. 2:16-cr-184.

2. The Defendants were arrested on a warrant out of the Western District of Pennsylvania, charging Defendants with a violation of Title 21, United States Code, Section 846, Conspiracy to Possess with Intent to Distribute Heroin.

3. The Defendants have prior criminal histories.

4. The Defendants are U.S. citizens, however, the Defendants were fugitives prior to being arrested, and, as such, present a high risk of fleeing to avoid prosecution on this charge.

5.      There are no conditions or combination of conditions which will reasonably assure the safety of the community should Defendants be released on bond.

6.      There are no conditions or combination of conditions which will reasonably assure the appearance of the Defendants at future court settings.

The Government would further move the Court for a three-day continuance of the detention hearing from the date of the initial appearance.

WHEREFORE, premises considered, the Government respectfully prays the Court to hold the above-named Defendants without bail pending the final outcome of this case.

                    Respectfully submitted,

                    RICHARD L. DURBIN, JR.
                    UNITED STATES ATTORNEY

By: _____
                    LISA LEONTIEV
                    Assistant U.S. Attorney
                    Florida State Bar No. 0930121
                    700 E. San Antonio, Suite 200
                    El Paso, Texas  79901
                    (915) 534-6884