

**Department of Justice**

*United States Attorney's Office*
*Western District of Texas*
*El Paso Division*

| | |
|---|---|
| 700 E. San Antonio Ave, Suite 200 | Phone: (915) 534-6884 |
| El Paso, Texas 79901 | Facsimile: (915) 534-6024 |

February 21, 2017

United States District Clerk
Western District of Texas
525 Magoffin Avenue
El Paso, Texas 79901

      **RE:**   **U.S. v. JAMES NELSON and BRITNY BEAVER**
            **Case No.: EP-17-M-739-MAT**

Dear Sir or Madam:

    This is to advise you that the undersigned Assistant United States Attorney is currently the attorney assigned to represent the United States in the above-entitled and numbered cause on all matters forthwith. Please update your records to accurately reflect this information.

    Thank you for your attention to this matter.

                                  Respectfully submitted,

                                  RICHARD L. DURBIN, JR.
                                  UNITED STATES ATTORNEY

                By:    /s/_____
                         LISA LEONTIEV
                         Assistant U.S. Attorney
                         Florida State Bar No. 0930121
                         700 E. San Antonio, Suite 200
                         El Paso, Texas 79901
                         (915) 534-6884

(Rule 5)