# FEDERAL PUBLIC DEFENDER

## WESTERN DISTRICT OF TEXAS

**MAUREEN SCOTT FRANCO**
FEDERAL PUBLIC DEFENDER

DONNA F. COLTHARP
DEPUTY DEFENDER

WILLIAM R. MAYNARD
WILLIAM H. IBBOTSON
DARREN L. LIGON
JOSEPH A. CORDOVA
REGINALDO TREJO, JR.
SUPERVISORY ASSISTANTS

RICHARD C. WHITE FEDERAL BUILDING
700 E. SAN ANTONIO AVENUE, SUITE D-401
EL PASO, TEXAS 79901-7020

TELEPHONE
(915) 534-6525
TOLL FREE
(855) 666-1510
FACSIMILE
(915) 534-6534
————————
SAN ANTONIO
AUSTIN
DEL RIO
PECOS
ALPINE

February 22, 2017

U.S. District Clerk
U.S. Courthouse
525 Magoffin Avenue
El Paso, TX 79901

**RE: Assignment of Defense Counsel In
USA vs.  James Nelson
Cause No.:  EP:17-M-00739-MAT**

Dear Sir/Madam:

Please be advised that I, Assistant Federal Public Defender, Reginaldo Trejo Jr., am assigned to the above-referenced case.

Very truly yours,

MAUREEN SCOTT FRANCO
Federal Public Defender

/s/

REGINALDO TREJO JR.
ASSISTANT FEDERAL PUBLIC DEFENDER

RT:sr