Filed 2/23/17
Clerk, U. S. District Court
Western District of Texas
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| vs. | § CAUSE NO. EP: 17-M-00739-MAT |
| James Nelson | § |
| Defendant. | § |

### WAIVER OF RULE 5(c)(3) HEARINGS

I, __James Nelson__, understand that charges are pending against me in another district. I have been arrested in this district and taken before a United States Magistrate Judge who informed me of those charges(s), the applicable penalties, and of my right to: (1) retain counsel or request the appointment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing, and or (4) a hearing (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe the charged offense(s) has/have been committed by me, the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO:

____ Preliminary hearing

____ Preliminary hearing in El Paso but I request that a preliminary hearing be held in the prosecuting district

✓ Identity hearing

____ Detention hearing

✓ Detention hearing in El Paso but I request that a detention hearing be held in the prosecuting district

____ Government withdrew Motion to Detain Defendant Without Bond and agreed to a bond in the amount of: _____.

x _____
Defendant

2-23-17
Date

_____
Defense Counsel