IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. EP:17-M-0739(1)-MAT |
| | ) | |
| JAMES NELSON | ) | CASE NO. 2:16-CR-184 |
| | ) | |
| | ) | WESTERN DISTRICT OF |
| | ) | PENNSYLVANIA |

## REMOVAL ORDER

On February 17, 2017, the above named Defendant appeared for an Initial Appearance before the undersigned having been arrested on a warrant for arrest issued out of the United States District Court for the Western District of Pennsylvania. The Federal Public Defender's Office was appointed to represent the Defendant. An Identity and Detention hearing were set for February 23, 2017.

On February 23, 2017, came to be heard the Identity and Detention hearing. The Defendant executed a Waiver of Rule 5 Proceedings wherein he waived the identity hearing, and the detention hearing to which he was entitled in this district, and requested that any detention hearing be held in the prosecuting district. The Court found that the above Defendant is the Defendant named in the Warrant for Arrest.

The Defendant having had an opportunity to confer with counsel, it is hereby ORDERED that the Marshal Service transport and deliver the Defendant to the Western District of Pennsylvania, Pittsburgh, Pennsylvania.

**SIGNED** and **ENTERED** on February 23, 2017.

MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE