Filed 2/23/17

Clerk, U. S. District Court
Western District of Texas

By _____

Deputy

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

WESTERN _____ District of _____ TEXAS

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
|---|---|
| **V.** | **DISTRICT** |
| JAMES NELSON | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 2:16-CR-184 | 3:17-M-739-MAT(1) | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

X  Indictment   ☐ Information   Complaint   Other (specify)

charging a violation of     21    **U.S.C. §** 846

**DISTRICT OF OFFENSE**
United States Western District of Pennsylvania

**DESCRIPTION OF CHARGES:**

(1) Conspiracy to Possess with Intent to Distribute Heroin

**CURRENT BOND STATUS:**

☐ Bail fixed at                          and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
X  Government moved for detention and defendant detained pending detention hearing in District of Offense
**Other (specify)**

| Representation: | Retained Own Counsel | X  Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|

| Interpreter Required? | X  No | Yes | Language: |
|---|---|---|---|

WESTERN      **DISTRICT OF**      TEXAS

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

_____February 23, 2017_____         _____
Date                                      MIGUEL A. TORRES, UNITED STATES MAGISTRATE JUDGE

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |